1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVIN NOEL FAITH,

11            Petitioner,                        No. CIV S- 00-0493 JKS GGH P

12        vs.

13   JIM HAMLET, Warden,

14            Respondent.                              ORDER

15   _____/

16            It has recently come to the court's attention that notices of respondent's appeal

17   and petitioner's cross-appeal, as well as petitioner's motion for certificate of appealability, in this

18   habeas matter have been pending, unprocessed to the Ninth Circuit, since April of 2006 (docket

19   #'s 101 through 104).  Absent a showing of good cause, within ten (10) days, by the respective

20   parties as to why these notices and the motion for a certificate of appealability should not be

21   vacated, the same will be vacated from the instant case docket upon the expiration of the ten-day

22   period referenced herein.

23            IT IS SO ORDERED.

24   DATED:      September 1, 2009

                                                 /s/ Gregory G. Hollows
25
                                                 _____
                                                 GREGORY G. HOLLOWS
26                                               UNITED STATES MAGISTRATE JUDGE

     GGH:009
     fait0493.osc