IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVIN NOEL FAITH,

    Petitioner,                        No. CIV S-00-0493 JKS GGH P

    vs.

JIM HAMLET, Warden,

    Respondent.                        ORDER

_____/

        By Order, filed on September 2, 2009 (docket # 109), the undersigned directed the parties, within ten (10) days, to show good cause why notices of respondent's appeal and petitioner's cross-appeal, as well as petitioner's motion for certificate of appealability, which have been pending unprocessed to the Ninth Circuit, since April of 2006 (docket #'s 101 through 104), should not be vacated from the instant case docket. Absent such a showing, the parties were therein informed that these notices and the motion for a certificate of appealability would be vacated. No party has responded, and the time for any response has expired.

\\\\\

\\\\\

\\\\\

\\\\\

1  Accordingly, IT IS ORDERED that the Notice of Appeal (docket # 101), Notice
2 of Cross Appeal (docket # 102 and # 104)), and Motion for Certificate of Appealability (docket #
3 103), are hereby VACATED from the docket of this case.
4 DATED: October 22, 2009          /s/ Gregory G. Hollows

    GREGORY G. HOLLOWS
    UNITED STATES MAGISTRATE JUDGE

GGH:009
fait0493.vac